April 24, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MORRIS E. ROBINSON, Appellant

NO. 14-12-00723-CV           V.

TEXAS CONSTRUCTION SERVICES CORPORATION AND TOM BLAND,
Appellees

_____

      This cause, an appeal from the judgment in favor of appellee Texas Construction Services Corporation signed June 1, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below to condition the award of appellate attorney's fees on the success on appeal of appellee Texas Construction Services Corporation. As modified, the judgment of the court below is ordered **AFFIRMED**. We order appellant Morris E. Robinson to pay all costs incurred in this appeal. We further order this decision certified below for observance.